Jeremy I. Lessem, Esq (SBN 213406)
Jamal L. Tooson, Esq (SBN 261373)
Lessem, Newstat & Tooson, LLP
3450 Cahuenga Blvd W.  Ste. 102
Los Angeles, CA 90068
Phone 818-582-3087 | Fax 818-484-3087
Jeremy@LnLegal.com
JTooson@LnLegal.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI DEW, G.V., a minor, by and through his guardian ad litem, MARYANNE GOULD, W.V., a minor, B.V., a minor, L.V., a minor, T.C., a minor, by and through their guardian ad litem, MARILYN CORPUS, in each case both individually and as successors-in-interest to the ESTATE OF BRANDON VIRTUE, Deceased,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF SEASIDE, CHIEF ABDUL PRIDGEN, MANUEL FERNANDEZ and DOES 1 THROUGH 100, INCLUSIVE,<br><br>      Defendants | Case No.: 4:19-CV-06009 HSG<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[PROPOSED] ORDER |

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

TO THE HONORABLE COURT:

This matter was assigned to the above entitled court on December 11, 2019 (Docket #12). Defendant City of Seaside has been served but has not yet filed a responsive pleading. The parties have agreed such response would be filed on or before January 17, 2020.

The case management conference in this matter is currently set for January 14, 2020. (Docket #13). The parties jointly and respectfully request that the conference be continued so that Defendant City can respond, the parties can meet as required by FRCP 26(f), and exchange initial disclosures as required by FRCP 26(a). Defendant Chief Pridgen was served on December 23, 2019 and it is anticipated Officer Fernandez will be served before March 10, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER

It is hereby STIPULATED AND AGREED UPON by Plaintiffs and Defendants through their respective counsel, that the Case Management Conference currently scheduled for January 14, 2020 be continued to March 10, 2020 or other date convenient to this court. The parties also stipulate and agree that Initial Disclosures required under FRCP 26(a)(1)(A) will be produced on or before January 28, 2020 and the Conference of the Parties required under FRCP 26(f) shall occur on or before February 18, 2020.

**LESSEM, NEWSTAT, & TOOSON, LLP.**

DATED: January 6, 2020        By:

　　　　　　　　　　　　/S/ *Jeremy Lessem*　　　　　　
　　　　　　　　　　　Jeremy I. Lessem
　　　　　　　　　　　Attorney for Plaintiffs

**HOWARD, ROME, MARTIN & RIDLEY**

DATED: January 6, 2020

　　　　　　　　　　　　　/S/　　　　　　/
　　　　　　　　　　　Shawn M. Ridley
　　　　　　　　　　　Attorney for Defendant City of Seaside

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER

# STIPULATED [~~PROPOSED~~] ORDER

Based on the forgoing stipulations and finding good cause herein, it is hereby ORDERED as follows:

The Case Management Conference currently scheduled for January 14, 2020 is continued to March 10, 2020 at 2:00 p.m.

Initial Disclosures required under FRCP 26(a)(1)(A) will be produced on or before January 28, 2020.

Conference of the Parties required under FRCP 26(f) shall occur on or before February 18, 2020.

IT IS SO ORDERED.

DATED: 1/8/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER