# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI DEW, G.V., a minor, by and through his guardian ad litem, MARYANNE GOULD, W.V., a minor, B.V., a minor, L.V., a minor, T.C., a minor, by and through their guardian ad litem, MARILYN CORPUS, in each case both individually and as successors-in-interest to the ESTATE OF BRANDON VIRTUE, Deceased,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF SEASIDE, CHIEF ABDUL PRIDGEN, MANUEL FERNANDEZ and DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants | Case No.: 4:19-CV-06009 HSG<br><br>**ORDER** |

Based on the stipulation of the parties and for good cause shown, it is hereby ordered that:

   1. The deadline for Close of Fact Discovery be moved from September 30, 2020 to November 30, 2020 for 1) the subpoena of records of Sand City Police

ORDER

records for, among other things, body camera recordings and incident reports; 2) the deposition of Sgt. Bushnell of Sand City Police Department; 3) Defendant's Special Interrogatories, Set One served on or about September 28, 2020; and 4) records or depositions sought after a review of the officer personnel records or internal affairs investigation records anticipated to be produced on or before October 16, 2020.  Discovery will not be extended for any other item.

  2. The deadline to Exchange Opening Expert Reports be moved from October 16, 2020 to October 30, 2020.

  3. The Close of Expert Discovery be moved from January 12, 2021 to January 26, 2021.

  4. The Dispositive Motion Hearing Deadline be moved from February 19, 2021 to March 4, 2021 at 2:00 p.m.

  5. All other dates and deadlines set in the Scheduling Order (Docket #41) on March 25, 2020 remain.

  IT IS SO ORDERED.

Dated:  10/2/2020

        By: *[signature]*
        HAYWOOD S. GILLIAM, JR.
        United States District Judge

ORDER