UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI DEW, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>CITY OF SEASIDE, et al.,<br><br>           Defendants. | Case No. 19-cv-06009-HSG<br><br>**ORDER DIRECTING THE PARTIES TO SUPPLEMENT THE RECORD** |

On March 4, 2021, the Court held a hearing on Defendants' Motion for Summary Judgment. *See* Dkt. No. 49. The parties are directed to supplement the record with the following evidence:

- The entire transcript of any deposition of Defendant Manuel Fernandez
- The entire transcript of any deposition of Thomas Guzman Sanchez
- The entire transcript of any deposition of Jason Fries
- The "animation" referred to in the deposition of Jason Fries taken on January 7, 2021

The parties shall file these items by March 12, 2021.

**IT IS SO ORDERED.**

Dated: 3/5/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge