UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI DEW, G.V., a minor, by and through his guardian ad litem, MARYANNE GOULD, W.V., a minor, B.V., a minor, L.V., a minor, T.C., a minor, by and through their guardian ad litem, MARILYN CORPUS, in each case both individually and as successors-in-interest to the ESTATE OF BRANDON VIRTUE, Deceased,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF SEASIDE, CHIEF ABDUL PRIDGEN, MANUEL FERNANDEZ and DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants | Case No.: 4:19-CV-06009 HSG<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

## STIPULATED ORDER

Based on the forgoing stipulations and finding good cause herein, it is hereby ORDERED as follows:

Plaintiffs shall file their supplemental brief of no more than 15 pages by March 19, 2021.

Defendants may file a response of up to 15 pages by April 2, 2019.

IT IS SO ORDERED.

DATED:  3/11/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER MODIFYING BRIEFING SCHEDULE