| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| LORI DEW, G.V., a minor, by and through his guardian ad litem, MARYANNE GOULD, W.V., a minor, B.V., a minor, L.V., a minor, T.C., a minor, by and through their guardian ad litem, MARILYN CORPUS, in each case both individually and as successors-in-interest to the ESTATE OF BRANDON VIRTUE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEASIDE, CHIEF ABDUL PRIDGEN, MANUEL FERNANDEZ and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants | Case No.: 4:19-CV-06009 HSG<br><br>**ORDER** |

Based on the stipulation of the parties and for good cause shown, it is hereby ordered that:

(1)  The Pretrial Conference Date be continued from June 1, 2021 to September 14, 2021;

(2)  The Trial Date be continued from June 21, 2021 to October 4, 2021; and

(3)  All obligations and filings required by the Civil Pretrial and Trial Standing Order be continued according to the new Pretrial and Trial Dates.

IT IS SO ORDERED.

DATED:  4/29/2021

By: _____
HAYWOOD S. GILLIAM, JR.
United States District Judge

